IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSEPH ANTHONY BIEBER | § | |
| | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.  4:12-cv-305 |
| | § | |
| YRC WORLDWIDE, INC. and YRC, INC. | § | JURY |
| | § | |
| | § | |
|    Defendants. | | |

## DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES

Defendants respectfully file their Certificate of Interested Parties:

1.    Plaintiff Joseph Anthony Bieber

**2.**    Howard T. Dulmage
   2323 Clear Lake City Blvd., Suite 180 MB 186
   Houston, TX 77062
   Counsel for Plaintiff

**3.**    Joseph Y. Ahmad
   Ahmad, Zavitsanos & Anaipakos, PC
   3460 Houston Center
   1221 McKinney St.
   Houston, TX 77101
   Counsel for Plaintiff

4.    <u>Defendant YRC Worldwide Inc.</u>

5.    Defendant YRC Inc., now known as YRC Freight

6.    Shauna Johnson Clark and Jaclyn A. Hermes
   Fulbright & Jaworski L.L.P.
   1301 McKinney, Suite 5100
   Houston, TX 77010
   Counsel for Defendants

- 2 -

                                        Respectfully submitted,

                                        /s/ Shauna Johnson Clark
                                            Shauna Johnson Clark
                                            State Bar No.  00790977
                                            Federal I.D. No. 18235

OF COUNSEL:  
FULBRIGHT & JAWORSKI L.L.P.  
Jaclyn A. Hermes  
State Bar No. 24041091  
Federal I.D. No. 36959  
jhermes@fulbright.com

1301 McKinney, Suite 5100  
Houston, Texas  77010-3095  
Telephone:  (713) 651-5151  
Facsimile:  (713) 651-5246  
sclark@fulbright.com

ATTORNEY-IN-CHARGE FOR DEFENDANTS

- 3 -

## CERTIFICATE OF SERVICE

This pleading was served on all parties in compliance with Rule 5 of the Federal Rules of Civil Procedure on 10th day of April, 2012 via ECF on counsel for Plaintiff:

| | |
|---|---|
| Howard T. Dulmage | Joseph Y. Ahmad |
| 2323 Clear Lake City Blvd., Suite 180 MB 186 | Ahmad, Zavitsanos & Anaipakos, PC |
| Houston, TX 77062 | 3460 Houston Center |
| | 1221 McKinney St. |
| | Houston, TX 77101 |

_____/s/ Jaclyn A. Hermes_____